CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:     (702) 804-8885
Facsimile:      (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING, LLC.,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00298<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**Second Request** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff Ditech Financial LLC fka Green Tree Servicing LLC's (hereinafter "Plaintiff"), Complaint filed on February 16, 2016. Pursuant to Stipulation of the parties, Defendant shall have until June 7, 2016.

**Reason for this Request**

Nevada Association Services, Inc. ("NAS") and Ditech Financial LLC (together with NAS, the "Parties") agreed to extend time to file responsive pleadings to allow NAS an opportunity to tender

1  its defense to the Hollywood Highlands East Landscape Maintenance Association (the "Association")
2  and allow the Association ample time to either accept or reject NAS' tender. Based on the
3  Association's declination or failure to respond to NAS' tender, the Parties now submit their Stipulation
4  and Order to allow NAS time to file its responsive pleadings.
5      This is the parties' second request for an extension.
6      DATED this 10th day of May, 2016.

8  By: /s/Allison Schmidt                          By: /s/Christopher V. Yergensen
9      Allison Schmidt, Esq.                           Christopher V. Yergensen, Esq.
       Nevada Bar No. 10743                            Nevada Bar No. 6183
10     Akerman                                         Nevada Association Services, Inc.
       1160 Town Center Drive                          6224 West Desert Inn Road
11     Suite 330                                       Las Vegas, NV 89146
       Las Vegas, NV 89144                             Telephone: 702-804-8885
12     Telephone: 702-634-5000                         Facsimile: 702-804-8887
13     Facsimile: 702-380-8572                         *Attorney for Defendant Nevada Association*
       *Attorney for Plaintiff*                        *Services, Inc.*

A sufficient showing has not been made for the extension sought. The stipulation is GRANTED in part only, and the deadline for NAS to respond to the complaint is extended to May 24, 2016.

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: May 13, 2016

---

2
STIPULATION AND ORDER