LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com
*Attorneys for Defendant Hollywood Highlands
East Landscape Maintenance Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENT POOL 1, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00298-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Ditech Financial, LLC fka Green Tree Servicing, LLC, and Defendant Hollywood Highlands East Landscape Maintenance Association ("Hollywood Highlands"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Hollywood Highlands to file a response to Plaintiff's Complaint shall be extended until **June 10, 2016.**

The parties have good cause for requesting this extension as defense counsel was only recently appointed to represent Hollywood Highlands in this matter. A brief extension will provide Hollywood Highlands and its new counsel sufficient time to prepare its response.

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

DATED this 8th day of June, 2016.

AKERMAN LLP

*/s/ Allison R. Schmidt*
BY: _____
   Ariel E. Stern, Esq.
   Allison R. Schmidt, Esq.
   Miles N. Clark, Esq.
   1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89144
   *Attorneys for Plaintiff*

Dated this 8th day of June, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

By: */s/ Siria L. Gutiérrez*
   Joseph P. Garin, Esq.
   Kaleb D. Anderson, Esq.
   Siria L. Gutierrez, Esq.
   9900 Covington Cross Dr., Ste.120
   Las Vegas, Nevada 89144
   *Attorneys for Defendant*
   *Hollywood Highlands East Landscape*
   *Maintenance Association, Inc.*

## ORDER

IT IS SO ORDERED.

DATED this 9th day of June, 2016.

_____
United States Magistrate Judge