ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ.
Nevada Bar No.13468
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
           thera.cooper@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING, LLC,<br><br>            Plaintiff,<br>vs.<br><br>HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>            Defendants. | Case No.:  2:16-cv-00298-JAD-NJK<br><br><br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>            Counter/Cross Claimant,<br>vs.<br><br>DITECH FINANCIAL LLC FKA GREEN TREE SERVICING, LLC; BENEFICIAL MORTGAGE CO. OF NEVADA,  a Delaware corporation; HENRY DIAZ, an individual; and CORINA DIAZ, an individual,<br><br>            Counter/Cross Defendants. | |

{40429608;1}                                          1

Ditech Financial LLC fka Green Tree Servicing, LLC hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **Ditech Financial LLC** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Ditech Financial LLC** and requests ARIEL E. STERN, ESQ., and THERA A. COOPER, ESQ., receive all future notices.

Respectfully submitted, this 30th day of January, 2017.

**AKERMAN LLP**

/s/ *Thera A. Cooper, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.
Date: January 31, 2017

_____
UNITED STATES MAGISTRATE JUDGE