DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET BACKED CERTIFICATES SERIES 2006-BC3<br><br>Plaintiff,<br>vs.<br><br>HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00298-JAD-NJK<br><br>ORDER GRANTING **JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE DUE TO SETTLEMENT**<br><br>**(First Request)** |
| AND ALL RELATED CLAIMS. | |

Plaintiff The Bank of New York Mellon (**BoNYM**) and defendant SFR Investments Pool 1, LLC (**SFR**) have reached a settlement in principle to resolve the claims as to BANA and SFR. The settlement agreement has been executed BANA and SFR. BANA is engaged in settlement discussions with Hollywood Highlands East Landscape Maintenance Association, Inc. (**Hollywood**) and believes a comprehensive settlement may be reached.

Based upon the settlement between BANA and SFR and the ongoing settlement discussions between BANA and Hollywood, BANA, SFR, and Hollywood jointly move to extend the current March 19, 2020 dispositive motion deadline by sixty days, to May 19, 2020. This extension is to allow

52243429;1

(1) BANA and SFR parties to perform a condition precedent to the settlement and (2) BANA and Hollywood to complete ongoing settlement discussions. BANA and SFR anticipate filing a stipulation to dismiss the claims against each other once the condition precedent is met.

This is the parties' first request to extend the dispositive motions deadline.

DATED this 19th day of March, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Amber M. Williams* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorneys for plaintiff The Bank of New York Mellon* | *Attorneys for Defendant Hollywood Highlands East Landscape Maintenance Association, Inc.* |

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for Defendant
SFR Investments Pool 1, LLC's*


IT IS SO ORDERED.

Dated: March 20 2020

_____
Nancy J. Koppe
United States Magistrate Judge

52243429;1