DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET BACKED CERTIFICATES SERIES 2006-BC3<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00298-JAD-NJK<br><br>**JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**(SECOND REQUEST)** |
| AND ALL RELATED CLAIMS. | |

Plaintiff The Bank of New York Mellon (**BoNYM**) and defendant SFR Investments Pool 1, LLC (**SFR**) have reached a settlement in principle to resolve the claims as to BANA and SFR. The settlement agreement has been executed BANA and SFR, but additional time is needed to complete the terms of the settlement in light of delays caused by COVID-19. BANA is also still engaged in settlement discussions with Hollywood Highlands East Landscape Maintenance Association, Inc.

Based upon the settlement between BANA and SFR and the ongoing settlement discussions between BANA and Hollywood, the parties jointly move to extend the current May 19, 2020 dispositive motion deadline by sixty days, to July 20, 2020. This extension is to allow (1) the parties

53098657;1

to perform a condition precedent to the settlement between BANA and SFR; and (2) BANA and Hollywood to complete ongoing settlement discussions. BANA and SFR anticipate filing a stipulation to dismiss the claims against each other once the condition precedent is met.

This is the parties' second request to extend the dispositive motions deadline.

DATED this 19th day of May, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff The Bank of New York Mellon*

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for Defendant
SFR Investments Pool 1, LLC's*

**LIPSON NEILSON P.C.**

*/s/ Amber M. Williams*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Hollywood Highlands East Landscape Maintenance Association, Inc.*

IT IS SO ORDERED.
Dated: May 20, 2020

.
.

_____
Nancy J. Koppe
United States Magistrate Judge

2

53098657;1