AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ditech Financial, LLC, et al.

                Plaintiffs,

    v.

Hollywood Highlands East Landscape
Maintenance Association, Inc., et al.

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:16-cv-00298-JAD-NJK

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered against  Henry Diaz and Corina Diaz.

6/03/20

Date

DEBRA K. KEMPI

Clerk

/s/ A. Reyes

Deputy Clerk