Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hkimlaw.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC., SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No. 2:16-cv-00298-JAD-NJK <br><br> **Stipulation and Order Staying Case Due to Settlement** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC; BENEFICIAL MORTGAGE CO. OF NEVADA, a Delaware corporation; HENRY DIAZ, an individual; and CORINA DIAZ, an individual, <br><br> Counter/Cross-Defendants. | ECF Nos. 98, 100 |

PLEASE TAKE NOTICE that Ditech Financial, LLC fka Green Tree Servicing, LLC ("Bank") and SFR Investments Pool 1, LLC ("SFR") have reached a global settlement involving multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and Bank.

- 1 -

54974221;1

Based on the confidential settlement agreement, the Bank and SFR have agreed to stay the litigation to allow for SFR to perform a condition precedent to the settlement.

Bank and Hollywood Highlands East Landscape Maintenance Association, Inc. (the "Association") have separately reached a settlement as to Bank's claims against the Association and are in the process of finalizing the settlement agreement.

Accordingly, the Bank, SFR and the Association (collectively the "Parties") hereby stipulate to vacate any pending deadlines, and to stay further proceedings in this case for ninety (90) days to finalize the settlements. The parties further request the court set a deadline for filing a status report regarding the settlement for ninety (90) from the entry of this Stipulation and Order.

This request to stay is being made in the interest of preserving judicial resources and, as set forth above, on the basis of a material term of the Settlement Agreement.

DATED this 9th day of October, 2020.
**KIM GILBERT EBRON**

/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 9th day of October, 2020.
**LIPSON NEILSON PC**

/s/ *Amber M. Williams*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
Lipson Neilson PC
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Hollywood Highlands East Landscape Maintenance Association, Inc.*

DATED this 9th day of October, 2020.
**AKERMAN LLP**

/s/ *Jamie K. Combs*
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Ditech Financial, LLC fka Green Tree Servicing, LLC*

### ORDER

Based on the parties' stipulation **[ECF No. 100]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS STAYED until January 11, 2021, to permit the parties to finalize their settlements. The Bank's motion for partial summary judgment **[ECF No. 98] is DENIED** without prejudice to its reassertion within 10 days of the stay lifting, in the event that the settlements are not completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2020

- 2 -

54974221;1