ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-BC3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET BACKED CERTIFICATES SERIES 2006-BC3,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:16-cv-00298-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST NEVADA ASSOCIATION SERVICES**<br><br>ECF Nos. 108, 110, 112 |

///

///

///

///

///

56468718;1

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-BC3 (**BoNYM**), and defendant Nevada Association Services (**NAS**), stipulate and agree to dismiss all remaining claims between BoNYM and NAS without prejudice. Each party shall bear its own fees and costs.

DATED: February 10, 2021

| **AKERMAN LLP** | **NEVADA ASSOCIATION SERVICES, INC.** |
|---|---|
| */s/ Jamie K. Combs* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> JAMIE K. COMBS, ESQ. <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/ Brandon E. Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6625 South Valley View Boulevard, Suite 300 <br> Las Vegas, Nevada 89118 |
| *Attorneys for BoNYM* | *Attorney for defendant Nevada Association Services, Inc.* |

**LIPSON NEILSON P.C.**

*/s/ Amber M. Williams*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Hollywood Highlands East Landscape Maintenance Association, Inc.*

### ORDER

Based on the parties' stipulation **[ECF Nos. 108, 112]** and good cause appearing, IT IS HEREBY ORDERED that **all claims against Nevada Association Services are DISMISSED without prejudice**, each party to bear its own fees and costs. IT IS FURTHER ORDERED that the request to extend the litigation stay to March 12, 2021, to allow the remaining parties (BONYM and the HOA) to complete and file a stipulated dismissal of the remaining claims **[ECF No. 110] is GRANTED. BONYM and the HOA must file their stipulated dismissal by March 12, 2021.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 16, 2021

56468718;1